IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| T.C.,<br><br>                  Plaintiff,<br><br>   v.<br><br>FOREST TRAIL ACADEMY, LLC, ATLANTIS LEADERSHIP ACADEMY, LLC, RANDALL COOK, LISA COOK, CHARLES MITCHELL, FAMILY TRANSITIONS LLC, TAMARA BOLTHOUSE, and ILLUMINE INTERACTIVE, INC. D/B/A THE ENVOY GROUP,<br><br>                  Defendants. | **CIVIL ACTION NO. 9:24-cv-81377-MD**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF CHANGE OF ADDRESS**

    Attorney, Kimberly L. Wald, files this Notice of Change of Address in the above-captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

    **Law Firm:**    The Haggard Law Firm

    **Address:**    633 South Andrews Ave, Suite 400, Fort Lauderdale, FL 33301

    **Email:**    klw@haggardlawfirm.com; ymfatherree@haggardlawfirm.com

**Certificate of Service**

I hereby certify that a true and correct copy of the Notice of Change of Address was furnished via electronic filing to all parties.

    **THE HAGGARD LAW FIRM, PA**
*Attorneys for Plaintiff*
633 South Andrews Ave, Suite 400
Fort Lauderdale FL 33301
Telephone: 954-323-4400
Facsimile: 305-446-1154

1

2

        By: */s/ Kimberly Wald, Esq.*
        Kimberly L. Wald, Esq.
        Florida Bar No. 112263
        KLW@HaggardLawFirm.com
        ymfatherree@HaggardLawFirm.com