UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-81377

**T.C.**, *a minor,*

    Plaintiff,

v.

**FOREST TRAIL ACADEMY, LLC**, *et al.,*

    Defendants.
_____/

## ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this case is appropriate pursuant to Section 2.15.00(c) of the Court's Internal Operating Procedures and Local Rule 3.8 of the United States District Court for the Southern District of Florida because of related and earlier-filed **Case No. 24-cv-81374**, and subject to the consent of the Honorable Robin L. Rosenberg, it is

**ORDERED AND ADJUDGED** that the above numbered case is transferred to the calendar of Judge Robin L. Rosenberg for all further proceedings.

**DONE AND ORDERED** in the Southern District of Florida this <u>19th</u> day of November, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

After reviewing the file in the above-numbered case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, **24-cv-81377-RLR**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 19th day of November, 2024.

_____
**ROBIN L. ROSENBERG**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record